**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **JOSEPH NGUEN**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JOSEPH NGUYEN, <br> Defendant. | ) No. CR-08-246-CW <br> ) <br> ) **STIPULATION AND** <br> ) **[PROPOSED] ORDER CONTINUING** <br> ) **HEARING ON STATUS OF** <br> ) **SUPERVISED RELEASE** <br> ) <br> ) <br> ) |

**STIPULATION**

This matter is currently set on February 6, 2018 for 9:30 arraignment of the anticipated Amended Form 12 Petition. It is also set for 2:00 p.m. that day for status. Mr. Nguyen's counsel has prior commitments at both times and requests that this matter be continued to February 27, 2018 for arraignment and setting. Both the prosecutor and the assigned USPO are agreeable to this request.

SO STIPULATED.

Respectfully Submitted,

1

Date: January 31, 2018  /S/-Brian Berson
BRIAN P. BERSON
Attorney for Joseph Nguyen

Date: January 31, 2018  /S/-Ellen Swain
ELLEN SWAIN
Assistant United States Attorney

# [PROPOSED] ORDER

For the reasons stated above, arraignment is continued from February 6 to February 27, 2018 at 9:30 a.m.

So ordered.

Dated: 2/1/18

KANDIS A. WESTMORE
United States Magistrate Judge