```
BRIAN P. BERSON, ESQ.
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Attorney for Defendant
JOSEPH NGUYEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 08-0246-CW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE** |
| v. | |
| JOSEPH NGUYEN , | |
| Defendant. | |

Defendant Nguyen's counsel has notified the Court, the government and the U.S.P.O., of a scheduling issue concerning the September 15, 2022 status hearing about Mr. Nguyun's Supervised Release case. At counsel's request, the government and U.S.P.O. have agreed to stipulate that the hearing be continued to September 28, 2022 at 10:30 a.m.

So stipulated:

Date: September 9, 2022

/s/
Brian Berson

```
                                    Attorney for Joseph
                                    Nguyen



        Date: September 9, 2022              /s/

                                    Garth Hire
                                    Assistant U. S. Attorney
```

ORDER TO CONTINUE

The foregoing considered, IT IS HEREBY ORDERED that the hearing in this matter be continued to September 28, 2022 at 10:30 a.m. The hearing will be in person at the Oakland courtroom of the Honorable Magistrate Judge Ryu.

SO ORDERED.

Date: September 12, 2022

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE